160 A.3d 777

**Thomas SIGDA, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (BUONO BROTHERS BAKERY), Respondents**

**No. 286 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**